CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 18 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK ANTHONY TEAL, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:07-cv-00496 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| UNKNOWN, | ) | By: Samuel G. Wilson |
|    Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that Teal's motion to amend his complaint is **GRANTED**; this action is **DISMISSED** pursuant to 42 U.S.C. §1997e(a); Teal's motion for a preliminary injunction is **DENIED**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of January, 2008.

_____
United States District Judge